IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                          :       CASE NO. 25-12761
                                        CHAPTER 13
    ALESA RAI THOMPSON          :       JUDGE BETH A. BUCHANAN

    DEBTOR(S)                   :       TRUSTEE'S REPORT


1. Comes now the Chapter 13 Trustee, Margaret A. Burks and files this Report based upon information obtained from the 341 meeting of creditors.  The Trustee has conducted a Meeting of Creditors pursuant to 11 U.S.C. Section 341.  The petition, schedules, and plan have been examined.

2. 341 MEETING DATE:  December 15, 2025

3. DATE OF CONFIRMATION:  January 15, 2026

4. Meeting Held:  Yes
   Plan Percentage:  1%

5. Debtor(s) Appeared:  Yes

6. Trustee does not recommend this case for confirmation at this time.

7. The Chapter 13 was filed due to job loss for 13 months.

8. Direct pay via TFS.

9. The following creditors were present:  None

10. Creditor objection:  None

11. The Trustee requested information herein pursuant to 11 U.S.C. Sec. 521(a)(3).

The 341 meeting is continued until January 12, 2026 at 8:30 a.m.; confirmation date is February 19, 2026 at 2:00 p.m.  The following documents and information must be provided in file stamped form to the Trustee at the continued 341 meeting.

         a) File Liquidation Analysis.
         b) The second and third filing fee installments must be paid in
            full before Trustee can recommend this case.


12. Annual status report beginning April 30, 2026 on tax returns per Plan. Amend Schedules I, J and plan if needed.

Respectfully submitted,


/s/    Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney Reg. No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney Reg. No. OH 0038798

       Tammy E. Stickley, Esq.
       Staff Attorney
       Attorney Reg No. OH 0090122

       600 Vine Street, Suite 2200
       Cincinnati, OH  45202
       513-621-4488
       513 621-2643  (facsimile)
       mburks@cinn13.org Correspondence only
       fdicesare@cinn13.org
       tstickley@cinn13.org


**CERTIFICATE OF SERVICE**


        I hereby certify that a copy of the foregoing Trustee's Report was
served **electronically** on the date of filing through the court's ECF System on
all ECF participants registered in this case at the email address registered
with the court and by **first class mail** on December 17, 2025 addressed to:


Alesa Rai Thompson
debtor
2272 Deblin Drive
Cincinnati, OH 45239


                    /s/      Margaret A. Burks, Esq.
                             Margaret A. Burks, Esq.